Lloyd Bernstein, WSBA No. 46244
WILSON ELSER MOSKOWITZ
EDELMAN & DICKER LLP
805 SW Broadway, Suite 2460
Portland, Oregon 97205
Telephone: 971.352.3030
Facsimile: 971.352.3019

*Attorneys for Richmond National Insurance Company*

**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF WASHINGTON**

| | |
|---|---|
| RICHMOND NATIONAL INSURANCE COMPANY,<br><br>Plaintiff,<br><br>vs.<br><br>SHIVA PARTNERS, LLC,<br><br>Defendant. | Case No.<br><br>**COMPLAINT FOR DECLARATORY JUDGMENT** |

Plaintiff Richmond National Insurance Company ("RNIC") hereby makes its Complaint for Declaratory Judgment against Defendant Shiva Partners, LLC and alleges as follows:

**PARTIES**

1.      Plaintiff RNIC is an insurance company incorporated in the state of New Hampshire with a principal place of business in the state of Virginia. RNIC is an eligible surplus lines insurer in the state of Washington and at all material times has transacted business in the state of Washington.

2.      Defendant Shiva Partners, LLC is a domestic Washington limited liability company and thus a Washington resident.

**JURISDICTION AND VENUE**

3.      This Court has jurisdiction pursuant to 28 U.S.C. § 1332, as there is complete

Page 1 – COMPLAINT FOR DECLARATORY JUDGMENT

**Wilson Elser Moskowitz Edelman & Dicker LLP**
805 SW Broadway, Suite 2460
Portland, Oregon 97205
Telephone: 971.352.3030 • Fax: 971.352.3019

diversity between the parties, and based on information and belief, the amount in controversy exceeds $75,000, exclusive of costs and interest.

4.    Venue is proper in this District pursuant to 28 U.S.C. § 1391(b) as the events giving rise to the claim occurred in King County, Washington.

5.    A civil suit is pending in King County Superior Court (Case No. 25-2-10317-0 KNT) titled *Celestine Nathan v. Shiva Partners, LLC* (the "Underlying Lawsuit"). A copy of the Complaint in the pending civil suit is attached as **Exhibit 1**.

6.    In the pending civil suit in King County, Celestine Nathan seeks money damages from Shiva Partners, LLC.

## FACTS

7.    The Underlying Lawsuit involves claims for negligence and premises liability against Shiva Partners, LLC for an incident which occurred on April 6, 2024, at a 7-Eleven convenience store located at 18010 E. Valley Highway, Kent, Washington 98032.

8.    Celestine Nathan alleges that she sustained significant injuries as a result of a fall that occurred on the premises of the convenience store operated by Shiva Partners, LLC. She further alleges that Defendant was negligent in its duty to maintain safe conditions on the premises, specifically by failing to adequately inspect the property, failing to identify and prevent hazardous conditions, and failing to provide adequate warning to invitees of unsafe conditions existing within the convenience store.

9.    On June 1, 2026, RNIC sent a letter to Shiva Partners, LLC informing it that RNIC agreed to defend Shiva Partners, LLC, subject to a full reservation of RNIC's rights under the Policy. Attached as **Exhibit 2** is a copy of RNIC's reservation of rights letter.

## THE POLICY

10.    RNIC issued a commercial general liability insurance policy to Royal Oregon LLC, Ambika Investment LLC, and VKB Danesh Properties LLC under Policy No. RN-7-

Page 2 – COMPLAINT FOR DECLARATORY JUDGMENT

**Wilson Elser Moskowitz Edelman & Dicker LLP**
805 SW Broadway, Suite 2460
Portland, Oregon 97205
Telephone: 971.352.3030 • Fax: 971.352.3019

0504274 from March 7, 2024 to March 7, 2025 (the "Policy"). The Policy is attached as **Exhibit 3**.

11.    The Policy has a $1,000,000 each occurrence limit and a $2,000,000 aggregate limit, and includes the terms, conditions and exclusions set forth below.

12.    The Policy contains a "Schedule of Locations, Classifications and Premiums," which lists the following locations:

| Location No. | ADDRESS OF ALL PREMISES YOU OWN, RENT OR OCCUPY |
|---|---|
| 1 | 300 Rainier Ave S Renton, WA 98057 |
| 2 | 14413 & 14415 Tukwila International Blvd Tukwila, WA 98168 |
| 3 | 18010 E Valley Hwy Kent, WA 98032 |
| 4 | 1208 Central Ave N Kent, WA 98032 |
| 5 | 31980 Military Rd Auburn, WA 98001 |
| 6 | 357 West Valley Hwy S Algona, WA 98030 |
| 7 | 26220 116th Ave S Kent, WA 98032 |
| 8 | 720 Central Ave N Kent, WA 98032 |
| 9 | 1321 N 30th St Renton, WA 98056 |
| 10 | 1315 N 30th St Renton, WA 98056 |

13.    The coverage grant in the Policy contains the following:

**COMMERCIAL GENERAL LIABILITY COVERAGE FORM**

Various provisions in this policy restrict coverage. Read the entire policy carefully to determine rights, duties and what is and is not covered.

Throughout this policy the words "you" and "your" refer to the Named Insured shown in the Declarations, and any other person or organization qualifying as a Named Insured under this policy. The words "we", "us" and "our" refer to the company providing this insurance.

The word "insured" means any person or organization qualifying as such under Section **II** - Who Is An Insured.
Other words and phrases that appear in quotation marks have

Page 3 – COMPLAINT FOR DECLARATORY JUDGMENT

**Wilson Elser Moskowitz Edelman & Dicker LLP**
805 SW Broadway, Suite 2460
Portland, Oregon 97205
Telephone: 971.352.3030 • Fax: 971.352.3019

special meaning. Refer to Section **V** - Definitions.

**SECTION I – COVERAGES**

**COVERAGE A - BODILY INJURY AND PROPERTY DAMAGE LIABILITY**

**1. Insuring Agreement**
  **a.** We will pay those sums that the insured becomes legally obligated to pay as damages because of "bodily injury" or "property damage" to which this insurance applies. We will have the right and duty to defend the insured against any "suit" seeking those damages. However, we will have no duty to defend the insured against any "suit" seeking damages for "bodily injury" or "property damage" to which this insurance does not apply. We may, at our discretion, investigate any "occurrence" and settle any claim or "suit" that may result. But:
    **(1)** The amount we will pay for damages is limited as described in Section **III** – Limits Of Insurance; and
    **(2)** Our right and duty to defend ends when we have used up the applicable limit of insurance in the payment of judgments or settlements under Coverages **A** or **B** or medical expenses under Coverage **C**.

  No other obligation or liability to pay sums or perform acts or services is covered unless explicitly provided for under Supplementary Payments - Coverages **A** and **B**.

14.    Section II – Who Is An Insured, specifies the following:

  **1.**  If you are designated in the Declarations as:
    **a.** An individual, you and your spouse are insureds, but only with respect to the conduct of a business of which you are the sole owner.
    **b.** A partnership or joint venture, you are an insured. Your members, your partners, and their spouses are also insureds, but only with respect to the conduct of your business.
    **c.** A limited liability company, you are an insured. Your members are also insureds, but only with respect to the conduct of your business. Your managers are insureds, but only with respect to their duties as your managers.
    **d.** An organization other than a partnership, joint venture or limited liability company, you are an insured. Your "executive

Page 4 – COMPLAINT FOR DECLARATORY JUDGMENT

**Wilson Elser Moskowitz Edelman & Dicker LLP**
805 SW Broadway, Suite 2460
Portland, Oregon 97205
Telephone: 971.352.3030 • Fax: 971.352.3019

officers" and directors are insureds, but only with respect to their duties as your officers or directors. Your stockholders are also insureds, but only with respect to their liability as stockholders.

e.  A trust, you are an insured. Your trustees are also insureds, but only with respect to their duties as trustees.

* * *

3.  Any organization you newly acquire or form, other than a partnership, joint venture or limited liability company, and over which you maintain ownership or majority interest, will qualify as a Named Insured if there is no other similar insurance available to that organization. However:

a.  Coverage under this provision is afforded only until the 90th day after you acquire or form the organization or the end of the policy period, whichever is earlier;

b.  Coverage **A** does not apply to "bodily injury" or "property damage" that occurred before you acquired or formed the organization; and

c.  Coverage **B** does not apply to "personal and advertising injury" arising out of an offense committed before you acquired or formed the organization.

No person or organization is an insured with respect to the conduct of any current or past partnership, joint venture or limited liability company that is not shown as a Named Insured in the Declarations.

15.  The Policy contains the following condition regarding the insurer's duty to defend:

**I. DUTY TO DEFEND**

Where there is no coverage under this Policy, there is no duty to defend.

16.  The "Exclusion New Entities" endorsement applies to narrow who is an "insured" as follows:

Paragraph **3.** of **Section II – Who Is An Insured** does not apply.

**FIRST CAUSE OF ACTION**

Page 5 – COMPLAINT FOR DECLARATORY JUDGMENT

**Wilson Elser Moskowitz Edelman & Dicker LLP**
805 SW Broadway, Suite 2460
Portland, Oregon 97205
Telephone: 971.352.3030 • Fax: 971.352.3019

**(Declaratory Judgment regarding No Duty to Defend)**

17. RNIC hereby incorporates and realleges the allegations in each of the foregoing paragraphs as if fully set forth herein.

18. Liability coverage under the Policy is provided if a claim is made or a suit is brought against an "insured" for damages because of "bodily injury" that occurs during the policy period, subject to the Policy's terms, conditions, and exclusions. "Insured" is defined as "any person or organization qualifying as such under Section II – Who Is An Insured."

19. The "New Entities" endorsement further modifies the Policy to remove Paragraph 3 of Section II – Who Is An Insured for newly acquired or formed entities.

20. The remaining language in Section II – Who Is An Insured restricts the scope of an "insured" by providing that "[n]o person or organization is an insured with respect to the conduct of any current or past partnership, joint venture or limited liability company that is not shown as a Named Insured in the Declarations."

21. Pursuant to the 28 U.S.C. § 2201, RNIC requests that the Court declare that it has no duty to defend or indemnify Shiva Partners, LLC for the Underlying Lawsuit because Shiva Partners, LLC is not a "named insured" in the Declarations, and thus not an "insured," as required by the Policy.

**PRAYER FOR RELIEF**

WHEREFORE, RNIC prays for judgment against Defendant as follows:

1. Declaratory judgment that it owes no duty to defend Shiva Partners, LLC for the claims alleged in the Underlying Lawsuit

2. Declaratory judgment that it owes no duty to indemnify Shiva Partners, LLC for the claims alleged in the Underlying Lawsuit.

/ / /

/ / /

Page 6 – COMPLAINT FOR DECLARATORY JUDGMENT

Wilson Elser Moskowitz Edelman & Dicker LLP
805 SW Broadway, Suite 2460
Portland, Oregon 97205
Telephone: 971.352.3030 • Fax: 971.352.3019

3.    For attorneys' fees and costs allowed by statute and law;

4.    For all interest allowed by law.

5.    For other and further relief as the Court deems just and equitable.

DATED: July 15, 2026.

WILSON ELSER MOSKOWITZ EDELMAN &
DICKER LLP

By: s/  Lloyd Bernstein
    Lloyd Bernstein, OSB #002030
    Lloyd.Bernstein@wilsonelser.com

Page 7 – COMPLAINT FOR DECLARATORY
JUDGMENT

**Wilson Elser Moskowitz Edelman & Dicker LLP**
805 SW Broadway, Suite 2460
Portland, Oregon 97205
Telephone: 971.352.3030 • Fax: 971.352.3019