THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| RICHMAND NATIONAL INSURANCE COMPANY,<br><br>Plaintiff,<br>v.<br><br>SHIVA PARTNERS, LLC, *et al.*,<br><br>Defendants. | CASE NO. C26-2512-JCC<br><br>MINUTE ORDER |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court on the parties' stipulated motion to extend the time to file an answer (Dkt. No. 9). Based on the stipulation, and finding good cause, the Rule 12(a) deadline is EXTENDED to October 28, 2026.

DATED this 28th day of September 2026.

Joshua C. Lewis
Clerk of Court

s/Kathleen Albert
Deputy Clerk